United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joao H. Borges  
    Debtor

Case No. 15-13253-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Sep 18, 2019  
                   Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
13584810        +United Shore Financial,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:

      CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of PA, Dept of Revenue crmomjian@attorneygeneral.gov  
      DENISE L. WESTER    on behalf of Creditor   QNB Bank dwester@westerlawoffices.com, dwesteresq@aol.com  
      JAMES RANDOLPH WOOD    on behalf of Creditor   Allentown School District Public Asset Management Inc., Assignee of Allentown School District jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   United Shore Financial bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      KEVIN G. MCDONALD    on behalf of Creditor   LOANCARE, LLC bkgroup@kmllawgroup.com  
      KEVIN K. KERCHER    on behalf of Debtor Joao H. Borges kevinkk@kercherlaw.com, kevin@kercherlaw.com  
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      ROBERT L. SALDUTTI    on behalf of Creditor   ANACAPRI FOODS INC rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com  
      THOMAS I. PULEO    on behalf of Creditor   United Shore Financial tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                             TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-13253-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Joao H. Borges
4032 Reeve Drive
Bethlehem PA 18020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/17/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: United Shore Financial, Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

LoanCare, LLC
P. Box 8068
Virginia Beach VA 23450

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/20/19

Tim McGrath
**CLERK OF THE COURT**