| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-13253-PMM**

JOAO H. BORGES
4032 REEVE DRIVE
BETHLEHEM  PA    18020

Petition Filed Date: 05/07/2015
341 Hearing Date: 08/18/2015
Confirmation Date: 03/10/2016

Case Status: Completed on 5/22/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $2,000.00 | | 02/25/2019 | $2,000.00 | | 03/22/2019 | $2,000.00 | |
| 04/23/2019 | $2,000.00 | | 05/13/2019 | $2,000.00 | | 06/27/2019 | $2,000.00 | |
| 07/24/2019 | $2,000.00 | | 08/26/2019 | $2,000.00 | | 09/25/2019 | $2,000.00 | |
| 10/24/2019 | $2,000.00 | 6275776000 | 12/26/2019 | $2,000.00 | 6425435000 | 01/24/2020 | $2,000.00 | 6502263000 |
| 02/24/2020 | $2,000.00 | 6576893000 | 03/24/2020 | $2,000.00 | 6658867000 | 04/22/2020 | $2,000.00 | 6730567000 |
| 04/29/2020 | $2,000.00 | 6745905000 | 05/22/2020 | $2,000.00 | 6807275000 | | | |

**Total Receipts for the Period: $34,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $99,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | DILZA CHANG »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,585.30 | $207.94 | $1,377.36 |
| 11 | ALLENTOWN SCHOOL DISTRICT »» 011 | Secured Creditors | $12,559.55 | $12,559.55 | $0.00 |
| 2 | ANACAPRI FOODS INC »» 002 | Unsecured Creditors | $2,945.42 | $386.33 | $2,559.09 |
| 9 | CITY OF ALLENTOWN »» 009 | Unsecured Creditors | $35.00 | $4.59 | $30.41 |
| 7 | COUNTY OF LEHIGH FISCAL OFFICE »» 007 | Secured Creditors | $1,919.78 | $1,919.78 | $0.00 |
| 3 | LEHIGH COUNTY TAX CLAIM BUREA »» 003 | Secured Creditors | $15,179.27 | $15,179.27 | $0.00 |
| 6 | LOANCARE SERVICING CENTER »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $908.56 | $119.17 | $789.39 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $50,928.93 | $50,928.93 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $11,797.90 | $1,547.47 | $10,250.43 |
| 5 | QUAKERTOWN NATIONAL BANK »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | KEVIN K KERCHER ESQ »» 012 | Attorney Fees | $7,517.98 | $7,517.98 | $0.00 |
| 12 | COMMONWEALTH OF PA UCTS »» 013 | Priority Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 15-13253-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $99,000.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $90,371.01 | Arrearages: | $0.00 |
| Paid to Trustee: | $8,628.99 | Total Plan Base: | $99,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.