```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                      Case No. 15-13253-pmm
Joao H. Borges                                              Chapter 13
        Debtor           CERTIFICATE OF NOTICE

District/off: 0313-4         User: PaulP              Page 1 of 2           Date Rcvd: Sep 09, 2020
                             Form ID: 138NEW          Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +Joao H. Borges,    4032 Reeve Drive,    Bethlehem, PA 18020-1491
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           #+ANACAPRI FOODS INC,    c/o Robert L. Saldutti, Esquire,     Saldutti Law Group,
                 BNY Mellon Center,    1735 Market Street, Suite 3750,    Philadelphia, PA 19103-7532
cr             +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
cr             +QNB Bank,    320 West Broad Street,    Quakertown, PA 18951-1234
13528959       +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13621213        Allentown School District,    Public Asset Mgmt., Inc.,    c/o James R. Wood, Esq.,
                 1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401
13620465       +Allentown School District Public Asset Management,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13528961       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13528962       +Anacapri Foods, Inc.,    C/O Robert L. Saldutti, Esquire,    800 N. Kings Highway, Suite #300,
                 Cherry Hill, NJ 08034-1511
13528963        Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA  19610-0768
14021629       +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
13528967        City Of Allentown,    P.O. Box 1846,    Allentown, PA  18105-1846
13545693       +Commonwealth of Pennsylvania,    Department of Revenue,    c/o Christopher R. Momjian, Esq.,
                 21 South 12 Street, 3rd Floor,    Philadelphia, PA 19107-3604
13585965       +County Of Lehigh Fiscal Office,    17 S 7th Street Room 119,    Allentown PA 18101-2401
13528968       +Denise L. Wester, Esquire,    Wester Law Offices,    881 Third St., Suite #B-3,
                 Whitehall, PA 18052-5922
13528969        Dilza Chang,    611 Broadway St.,    Woodside, NY  11377
13619040       +Dilza Chang,    60-11 Broadway,    Woodside, NY 11377-2178
13528970       +Ethia Dulorie,    1603 Silo Hill Lane,    Breinigsville, PA 18031-1149
13528971       +First Data Merchant Services Corp.,    D/B/A Santander,    P.O. Box 17548,
                 Denver, CO 80217-0548
13528972       +Garry Dulorie,    35 Paerdegat 7th St.,    Brooklyn, NY 11236-4105
13705873       +Kevin K. Kercher, Esquire,    881 Third Street, Suite #C-2,    Whitehall, PA 18052-5930
13541466       +Lehigh County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
                 15 Public Square, Suite 202,    Wilkes-Barre, PA 18701-1703
14390443       +LoanCare, LLC,    P. Box 8068,    Virginia Beach VA 23450-8068
13587835       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13528975       +Northeast Revenue Service,    640 Hamilton St., 4th Floor,    Allentown, PA 18101-2110
13533217       +Office of Unemployment Compensation Tax,    Department of Labor and Industry,
                 Commonwealth of Pennsylvania,    661 Boas Street, Room 700,    Harrisburg, PA 17121-0001
13528976       +PA/DOR,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
13526062       +QNB Bank,    c/o Denise L. Wester, Esq.,    The Fullerton Building,    881 Third Street, Suite B-3,
                 Whitehall, PA 18052-5922
13528977       +Quakertown National Bank,    P.O. Box 9005,    Quakertown, PA 18951-9005
13528978       +Steven Koplove, Esquire,    3200 Penrose Ferry Road,    Philadelphia, PA 19145-5500
13546665       +United Shore Financial,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13584810       +United Shore Financial,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13839497       +United Shore Financial,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13528980       +United Whsle Mort,    1414 E Maple Rd,    Troy, MI 48083-9935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2020 05:02:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13528960        E-mail/Text: ebn@americollect.com Sep 10 2020 05:02:53     Americollect Inc,
                 1851 S Alverno Rd,    Manitowoc, WI  54220
13528966        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 05:04:42     Capital One Bank USA,
                 Po Box 85520,    Richmond, VA  23285
13602306        E-mail/Text: coabankruptcy@allentownpa.gov Sep 10 2020 05:02:30     City of Allentown,
                 435 W. Hamilton Street, Room 215,    Allentown, PA 18101
13528964       +E-mail/Text: bkdept@cancapital.com Sep 10 2020 05:02:28     Can Capital Merchant Services, Inc.,
                 F/K/A ADVANCEME, INC.,    2015 Vaughn Road, NW, Bldg. 500,    Kennesaw, GA 30144-7831
13528965        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 05:04:42
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC  28272-1083
13528974       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 10 2020 05:02:33     Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
13532889        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:02:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0313-4              User: PaulP                Page 2 of 2                  Date Rcvd: Sep 09, 2020
                                  Form ID: 138NEW            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13528979        +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:04:20      Syncb/amazon,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
cr*           +Allentown School District Public Asset Management,   c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,   Norristown, PA 19404-3020
cr           ##+Commonwealth of PA, Dept of Revenue,    c/o Christopher R. Momjian,
                21 S. 12th Street, 3rd Floor,   Office of Attorney General,   Philadelphia, PA 19107-3604
13528973     ##+Gem Recovery Systems,   99 Kinderkamack Rd Ste 3,   Westwood, NJ 07675-3021
                                                                                     TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
```
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              DENISE L. WESTER    on behalf of Creditor   QNB Bank dwester@westerlawoffices.com,
               dwesteresq@aol.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District Public Asset Management
               Inc., Assignee of Allentown School District jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    United Shore Financial
               Josh.Goldman@padgettlawgroup.com,   kevin.shatley@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    LOANCARE, LLC bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Joao H. Borges kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT L. SALDUTTI    on behalf of Creditor    ANACAPRI FOODS INC rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    United Shore Financial tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joao H. Borges
       Debtor(s)                            Bankruptcy No: 15−13253−pmm
                                                         Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

            United States Bankruptcy Court
           Office of the Clerk, Gateway Building
              201 Penn Street, 1st Floor
                  Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                                 Timothy B. McGrath
                                                                     Clerk of Court

Dated: 9/9/20

                                                                                                                                                 59 − 58
                                                                                                                                                Form 138_new