Certificate Number: 15317-PAE-DE-034903651

Bankruptcy Case Number: 15-13253



15317-PAE-DE-034903651

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 21, 2020</u>, at <u>5:16</u> o'clock <u>PM PDT</u>, <u>Joao Borges</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 21, 2020</u>       By:    <u>/s/Lea Sorino</u>

Name:  <u>Lea Sorino</u>

Title:  <u>Counselor</u>