United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-13253-pmm
Joao H. Borges                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: PaulP            Page 1 of 1           Date Rcvd: Sep 24, 2020
                       Form ID: 212            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
db             +Joao H. Borges,    4032 Reeve Drive,    Bethlehem, PA 18020-1491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:
        CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
         crmomjian@attorneygeneral.gov
        DENISE L. WESTER    on behalf of Creditor    QNB Bank dwester@westerlawoffices.com,
         dwesteresq@aol.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District Public Asset Management
         Inc., Assignee of Allentown School District jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        JOSHUA I. GOLDMAN    on behalf of Creditor    United Shore Financial
         Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    LOANCARE, LLC bkgroup@kmllawgroup.com
        KEVIN K. KERCHER    on behalf of Debtor Joao H. Borges kevinkk@kercherlaw.com,
         kevin@kercherlaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        ROBERT L. SALDUTTI    on behalf of Creditor    ANACAPRI FOODS INC rsaldutti@saldutticollect.com,
         lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS I. PULEO    on behalf of Creditor    United Shore Financial tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Chapter: 13

  Joao H. Borges

Debtor(s)  Case No: 15–13253–pmm

---

*ORDER*

AND NOW, 9/24/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

  ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

  ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Patricia M. Mayer

Judge ,United States Bankruptcy Court