United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-13253-pmm
Joao H. Borges  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: PaulP      Page 1 of 2
Date Rcvd: Oct 09, 2020      Form ID: 212      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

**Recip ID      Recipient Name and Address**
db      +   Joao H. Borges, 4032 Reeve Drive, Bethlehem, PA 18020-1491

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

**Name      Email Address**

CHRISTOPHER R. MOMJIAN
     on behalf of Creditor Commonwealth of PA  Dept of Revenue crmomjian@attorneygeneral.gov

DENISE L. WESTER
     on behalf of Creditor QNB Bank dwester@westerlawoffices.com dwesteresq@aol.com

JAMES RANDOLPH WOOD
     on behalf of Creditor Allentown School District Public Asset Management Inc.  Assignee of Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
     on behalf of Creditor United Shore Financial Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com

KEVIN G. MCDONALD
     on behalf of Creditor LOANCARE  LLC bkgroup@kmllawgroup.com

KEVIN K. KERCHER

| District/off: 0313-4 | User: PaulP | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: 212 | Total Noticed: 1 |

    on behalf of Debtor Joao H. Borges kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

ROBERT L. SALDUTTI
    on behalf of Creditor ANACAPRI FOODS INC rsaldutti@saldutticollect.com
    lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor United Shore Financial tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                   Chapter: 13

    Joao H. Borges

Debtor(s)                                                                           Case No: 15−13253−pmm

_____

*ORDER*

    AND NOW, 10/9/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Patricia M. Mayer

    Judge ,United States Bankruptcy Court