United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-13253-pmm |
| Joao H. Borges | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: PaulP | Page 1 of 2 |
| Date Rcvd: Oct 19, 2020 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joao H. Borges, 4032 Reeve Drive, Bethlehem, PA 18020-1491 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of PA Dept of Revenue crmomjian@attorneygeneral.gov |
| DENISE L. WESTER | on behalf of Creditor QNB Bank dwester@westerlawoffices.com dwesteresq@aol.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Allentown School District Public Asset Management Inc. Assignee of Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor United Shore Financial Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor LOANCARE LLC bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | |

District/off: 0313-4 User: PaulP Page 2 of 2
Date Rcvd: Oct 19, 2020 Form ID: 195 Total Noticed: 1

on behalf of Debtor Joao H. Borges kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

ROBERT L. SALDUTTI
    on behalf of Creditor ANACAPRI FOODS INC rsaldutti@saldutticollect.com
    lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor United Shore Financial tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Joao H. Borges                                                 : Case No. 15−13253−pmm
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , October 19, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

71
Form 195